FILED: 2/19/2013

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Regina Kianpour*, | CASE NO. CV 13-47-GHK (CWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *OneWest Bank FSB, et. al.*, | |
| Defendants. | |

Pursuant to the Court's February 19, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Regina Kianpour's claims against Defendants OneWest Bank, FSB and MTC Financial, Inc. are **DISMISSED with prejudice.**

**IT IS SO ORDERED**.

DATED: February 19, 2013

_____
GEORGE H. KING
Chief United States District Judge